[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
November 30, 2007
THOMAS K. KAHN
CLERK

No. 07-10492
Non-Argument Calendar

_____

D. C. Docket No. 06-20157-CR-ASG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TRINIDAD QUINTINO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(November 30, 2007)**

Before EDMONDSON, Chief Judge, DUBINA and PRYOR, Circuit Judges

PER CURIAM:

David Joffe, appointed counsel for Trinidad Quintino in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Quintino's convictions and sentences are **AFFIRMED**.